**FILED**
September 24, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____CR_____
DEPUTY

AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

DESHAWN DAWAYNE GRIFFIN,
Plaintiff,

v.

NAME UNKNOWN, DISTRICT ATTORNEY OF KINNEY COUNTY, TEXAS, in his or her official capacity,
Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-24-CV-0006  AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The Court therefore GRANTS the Defendant's Motion to Dismiss. (ECF No. 12.)
The Court therefore DISMISSES WITHOUT PREJUDICE the complaint. (ECF No. 1.) The Court DENIES AS MOOT the Plaintiff's Motion for a Preliminary Injunction. (ECF No. 2.)
The Court DENIES AS MOOT the Plaintiff's Motion to Proceed in forma pauperis. (ECF No. 3.)
The Court DENIES AS MOOT the Plaintiff's Motion to Request Leave to Amend his Complaint. (ECF No. 16.) As noted above, the Court has nonetheless carefully considered the material presented in the proposed Amended Complaint.

September 24, 2024
Date



Philip J. Devlin
Clerk

_____
(By) Deputy Clerk